**Katherine ARCHULETA, Director, Office of Personnel Management, Petitioner**

v.

**Tony D. HOPPER, Respondent**

**Merit Systems Protection Board, Respondent.**

**No. 2013–3177.**

United States Court of Appeals, Federal Circuit.

May 13, 2015.

Allison Kidd–Miller, Department of Justice, Steven E. Abow, Assistant General Counsel, Robert James Girouard, Senior Counsel, Kamala Vasagam, Kathie A. Whipple, Esq., Office of Personnel Management Office of General Counsel, Washington, DC, for Petitioner.

Andres Myles Grajales, American Federation of Government Employees Office of General Counsel, Jeffrey Gauger, Esq., Merit Systems Protection Board, Washington, DC, for Respondent.

* Circuit Judge Hughes did not participate.

Before PROST, Chief Judge, NEWMAN, LOURIE, DYK, MOORE, O'MALLEY, REYNA, WALLACH, TARANTO, and CHEN, Circuit Judges.*

## ORDER

PER CURIAM.

Katherine Archuleta, Director of the Office of Personnel Management ("OPM"), filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by both respondents Tony D. Hopper and the Merit Systems Protection Board. The petition was first referred as a petition for rehearing to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

IT IS ORDERED THAT:

(1) The petition for rehearing en banc is denied.